Isabella GREENWAY, Guardian, etc., et al., Movants, v. D. Andrew SHEARARD, Opposed.

Court of Appeals of Kentucky.

Sept. 26, 1939.

Grant E. Lilly for movants.

G. Murray Smith, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

Alice LEMMONS, Movant, v. COMMONWEALTH of Kentucky, Opposed.

Court of Appeals of Kentucky.

Sept. 26, 1939.

Henry S. McGuire for movant.

Hubert Meredith, Attorney General, and Wm. F. Neill, Assistant Attorney General, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.